**[J-14-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHELE VALENTINO, AS ADMINISTRATRIX OF THE ESTATE OF DEREK VALENTINO, DECEASED, AND MICHELE VALENTINO, IN HER OWN RIGHT, | : : : : : | No. 17 EAP 2017<br><br>Appeal from the Judgment of Superior Court entered on November 15, 2016 at No. 3049 EDA 2013 affirming the Order entered on September 30, 2013 |
| Appellant | : : : : | in the Court of Common Pleas, Philadelphia County, Civil Division at No. 1417 April Term, 2012. |
| v. | : : : : | |
| PHILADELPHIA TRIATHLON, LLC, | : : | |
| Appellee | : | ARGUED: May 15, 2018 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of June, 2019, the Court being evenly divided, the Order of the Superior Court is **AFFIRMED**.

    Justice Wecht did not participate in the consideration or decision of this matter.